## SMELKER v. STATE.
### No. 22372.

Court of Criminal Appeals of Texas.
Jan. 20, 1943.

No attorney for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Appellant was convicted of aggravated assault upon Luther Hill by inflicting upon the said Hill serious bodily injury. Punishment was assessed at 120 days' confinement in the county jail.

The record is before us without a statement of facts or bills of exception, in which condition nothing is presented for review.

The judgment is affirmed.